UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| AUSTON KNIGHT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiff,<br><br>vs.<br><br>DAKOTA 2000 INC.,<br><br>Defendant. | 3:21-CV-03025-RAL<br><br>JUDGMENT OF DISMISSAL |

On February 1, 2024, the parties filed a Joint Stipulation of Dismissal, Doc. 44. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 7th day of February, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE